UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

VALERIE K. WATKINS, an ) 
individual and VALERIE KAY )
WATKINS as parent and next friend )
of JONATHAN PORTER, a minor )
child, )
 )
        Plaintiffs, )
 )
v. )     Case No.  20-cv-00438-RAW
 )
RHEN RICHARD, an individual, )
 )
        Defendant. )

FILED

FEB 2 8 2022

PATRICK KEANEY
By_____ Clerk, U.S. District Court
Deputy Clerk

## ORDER APPROVING SETTLEMENT AGREEMENT WITH MINOR

On this 28th day of February 2022, this matter coming on before the undersigned Judge of the District Court, Eastern District of Oklahoma, and having heard testimony of witnesses sworn and statement of counsel, and being fully advised in the premises herein finds as follows:

1.    That on or about March 6, 2019, nearest Hanna, McIntosh County, Oklahoma, Jonathan Porter, a minor child, was injured in an accident (hereinafter the "Accident"). As a result of said Accident, the injured minor, by and through parent and next friend, Valerie Watkins, asserted a claim against the Defendant. Said claim is disputed as to liability and damages.

2.    The Court finds that Valerie Watkins is the proper party to act on behalf of the minor child, that she is competent and is hereby appointed ad litem.

3.    The Court finds that a compromise agreement has been reached wherein Defendant has offered to pay a total of Five-Thousand Dollars and 00/100 ($5,000.00) representing the claim for all necessary and incidental expenses, past and future, incurred or to be incurred because of the alleged injuries to the minor child, and for loss of love, services, and affection of the minor child due to said alleged injuries, and costs, and representing full payment for pain and suffering, both

past and future, permanent disability, disfigurement and any other claim the minor child may have now, or which may arise in the future, known or unknown, resulting from the said incident.

4.     Distribution of the settlement amount of $5,000.00 shall be as follows:

**Valerie Watkins, as parent and next
friend of Jonathan Porter, a minor child** ……………….     **$5,000.00**

5.     The Court finds that the Plaintiff has reached an informed decision to waive the right to trial by jury. The Court further finds that Plaintiff is fully aware of the consequences of the settlement of this matter and is aware that once the Court approves this settlement, and the settlement proceeds have been paid, that both she and the minor child, even after the age of majority, shall be forever barred from making any additional claims as a result of the subject incident, even if the medical condition of the minor child do not continue as presently anticipated or shall unexpectedly change for the worse after this settlement.

6.     The Court has heard testimony as to the medical condition and prognosis of the minor child, and as to the other elements of damage and liability in the case, and finds that the settlement agreement is fair, equitable, and in the best interest of the minor child. The Court further finds that the settlement agreement was entered into free from fraud, coercion, and duress by either of the Parties, their agents, insurers, or attorneys. Said agreement is hereby approved by the Court.

7.     The Court finds and hereby orders that the proposed settlement as set forth above and in the Application should be and is hereby approved, and upon payment of the settlement proceeds, the Defendant shall be deemed to be released from any and all further liability to the other parties as a result of the incident described herein.

JUDGE OF THE DISTRICT COURT

2

APPROVED AS TO FORM AND CONTENT:


*s/ Timothy L. Spencer*
J. Craig Buchan, OBA #19420
Timothy L. Spencer, OBA #33277
McAfee & Taft A Professional Corporation
2 West 2nd Street, Suite 1100
Tulsa, Oklahoma 74103
(918) 587-0000
craig.buchan@mcafeetaft.com
tim.spencer@mcafeetaft.com

**Attorneys for Defendant Rhen Richard**

-and-


*s/*
Eddie Foraker, OBA# 22564
Stipe Law Firm
P.O. Box 1369
McAlester, OK 74502-1369
(918) 423-0421 Phone
(918) 423-0266 Facsimile
eforaker@stipelaw.com

**Attorney for Plaintiff**

3