FILED

FEB 28 2022

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

VALERIE K. WATKINS, an )
individual and VALERIE KAY )
WATKINS as parent and next friend )
of JONATHAN PORTER, a minor )
child, )
)
        Plaintiffs, )
)
v. )    Case No. 20-cv-00438-RAW
)
RHEN RICHARD, an individual )
and L&L MOTOR COMPANY, INC., a )
foreign corporation, )
)
        Defendants. )

## SUPPLEMENTAL ORDER

On this _28th_ day of _February_, 2022, certain sums having been recovered by Valerie Watkins, as parent and next friend of Jonathan Porter, a minor child, after deducting sums sufficient to pay cost and expenses, including medical bills, Medicare and/or Medicaid, and where applicable, attorney's fees, the Court order in accordance in 12 O.S. §83, that the sum of $5,000.00 be deposited with _Arvest McAlester_, a bank or savings and loan institution hereby approved by this Court to receive such deposition, and a savings account to be held at interest for the benefit of such minor and to be withdrawn only by the express Order of this Court, executed and issued only by a Judge of this Court. Such withdrawal will be authorized by the presentation of a certified copy of such Order which expressly directs the appropriate disposition of the funds, including the amount to be withdrawn and to whom it shall be paid. Said account shall be styled and administered in accordance with the rules of the depository bank or savings and loan institution.

1

Upon reaching the age of eighteen (18), said funds shall automatically be released to the minor child for his benefit and further Order of the Court shall not be necessary.

_____
JUDGE OF THE DISTRICT COURT

Approved as to Form and Content:

s/ _____
Eddie Foraker, OBA# 22564
Stipe Law Firm
P.O. Box 1369
McAlester, OK 74502-1369
(918) 423-0421 Phone
(918) 423-0266 Facsimile
eforaker@stipelaw.com

**Attorney for Plaintiff**

-and-

s/ Timothy L. Spencer
J. Craig Buchan, OBA #19420
Timothy L. Spencer, OBA #33277
McAfee & Taft A Professional Corporation
2 West 2nd Street, Suite 1100
Tulsa, Oklahoma 74103
(918) 587-0000
craig.buchan@mcafeetaft.com
tim.spencer@mcafeetaft.com

**Attorneys for Defendant**