UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

FILED
FEB 28 2022
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

VALERIE K. WATKINS, an individual and VALERIE KAY WATKINS as parent and next friend of JONATHAN PORTER, a minor child, )
)
)
)
)
)
)
Plaintiffs, )
)
v. )  Case No. 20-cv-00438-RAW
)
RHEN RICHARD, an individual, )
)
Defendant. )

## ORDER OF DISMISSAL

On this 28th day of February, 2022, this matter coming on before the undersigned Judge of the United States District Court of the Eastern District of Oklahoma and the Court having previously approved the settlement agreement between Plaintiff and Defendant and having received the Stipulation of Dismissal, finds as follows:

1. That the Plaintiff, Valerie K. Watkins, as parent and next friend of Jonathan Porter, a minor child, and the Defendant, Rhen Richard, have entered into a settlement agreement which has been fully satisfied and is binding upon Plaintiff and Defendant.

2. That pursuant to the terms of said settlement agreement; this action is now herein dismissed <u>with prejudice</u> against Defendant and that the Plaintiff shall forever be barred from pursuing this matter further against the Defendant.

**EXCEPT THAT THE COURT SHALL RETAIN JURISDICTION FOR THE EXCLUSIVE PURPOSES OF ADMINISTERING AND, IF NECESSARY, DISTRIBUTING THE FUNDS AWARDED TO THE MINOR CHILD UNTIL THE DATE THE CHILD REACHES THE AGE OF EIGHTEEN (18).**

_____
JUDGE OF THE DISTRICT COURT

APPROVED AS TO FORM AND CONTENT:

_____
*Plaintiff*

_____
J. Craig Buchan, OBA #19420
Timothy L. Spencer, OBA #33277
McAfee & Taft A Professional Corporation
Two West 2nd Street, Suite 1100
Tulsa, Oklahoma 74103
(918) 587-0000
(918) 599-9317 Facsimile
Craig.Buchan@mcafeetaft.com
Tim.Spencer@mcafeetaft.com
***Attorneys for Defendant Rhen Richard***